SEPEHR DAGHIGHIAN, State Bar No. 239349
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:    (310) 887-1333
Facsimile:     (310) 887-1334
E-mail:         sepehr@daghighian.com

Attorney for Defendants:
**ASSET CAPITAL RECOVERY GROUP, LLC,
LAW OFFICES OF KENOSIAN & MIELE, LLP, AND
KENNETH JOHN MIELE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. LOUIE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASSET CAPITAL RECOVERY GROUP, LLC, LAW OFFICES OF KENOSIAN & MIELE, LLP, and KENNETH JOHN MIELE.,<br><br>　　　　　Defendant. | Case No. 3:15-CV-01680-EMC<br><br>*Assigned for all reasonable purposes to Courtroom 5, the Honorable Edward M. Chen presiding*<br><br>**STIPULATION AND [~~PROPO~~SED] ORDER EXTENDING DEFENDANTS ASSET CAPITAL RECOVERY GROUP, LLC, LAW OFFICES OF KENOSIAN& MIELE, LLP, AND KENNETH JOHN MIELE'S TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' FIRST MOTION TO DISMISS**<br><br>Reply Brief:<br>　Current Due Date:　July 1, 2015<br>　Proposed Due Date:　July 6, 2015 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS**, on June 10, 2015, defendants Asset Capital Recovery Group, LLC, a California Limited Liability Company, (hereinafter, "**ACRG**"), the Law Offices of Kenosian & Miele, LLC, a California Limited Liability Company, (hereinafter, "**K&M**"), and Kenneth John Miele, an individual, (hereinafter, "**Mr. Miele**") (Asset Capital, Kenosian & Miele and Mr. Miele shall hereinafter be collectively referred to as "**Defendants**") filed their First Motion to Dismiss (dkt. 13) pursuant to Federal Rule of Civil Procedure 12(b)(6) for a dismissal of the Complaint (dkt. 1) filed by plaintiff Steven C. Louie, an individual (hereinafter, "**Plaintiff**") on April 13, 2015 (Defendants and Plaintiff shall hereinafter each be collectively referred to as the "**Parties**");

**WHEREAS**, the Court originally set Plaintiff's deadline to file an Opposition brief to Defendants' First Motion to Dismiss as June 24, 2015, and set Defendants' deadline to file a Reply brief in support of the First Motion to Dismiss as July 1, 2015;

**WHEREAS**, on June 10, 2015, Defendants filed a Declination to Proceed Before a U.S. Magistrate Judge (dkt. 12);

**WHEREAS**, on June 12, 2015, the Court thus entered an Oder (dkt. 16) reassigning this case for all further proceedings to the Honorable Judge Edward M. Chen;

**WHEREAS**, as a result of the Court's June 12, 2015 Order (dkt. 16), Defendants re-noticed the hearing date for their First Motion to Dismiss (dkt. 13), and scheduled the hearing date as July 23, 2015 (dkt. 17);

**WHEREAS**, the Court consequently set Plaintiff's deadline to file an Opposition brief to Defendants' First Motion to Dismiss as June 26, 2015, yet left Defendants' deadline to file a Reply brief in support of the First Motion to Dismiss as July 1, 2015;

**AND WHEREAS**, counsel for Defendants is traveling throughout the entire week of June 29, 2015, and is not scheduled to return until July 5, 2015;

///

///

///

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

1   **IT IS HEREBY STIPULATED**, by and between the Parties that Defendants' deadline to
2   file a Reply brief in support of Defendants' First Motion to Dismiss (dkt. 13) shall be continued
3   from July 1, 2015 to and including July 6, 2015.
4       **IT IS SO STIPULATED**.

    Respectfully submitted,
    **JAMES A. MICHEL**

Dated: June 25, 2015

/s/James A. Michel
James A. Michel
Attorney for Plaintiff: Steven C. Louie

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

Concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

    **LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**

Dated: June 25, 2015

/s/Sepehr Daghighian
SEPEHR DAGHIGHIAN, ESQ.
Attorney for Defendants:
Asset Capital Recovery Group, LLC, Law Offices Of Kenosian & Miele, LLP, and Kenneth John Miele

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

[GRANTED — Judge Edward M. Chen]

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210