UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C LOUIE<br><br>        Plaintiff,<br><br>   v.<br><br>ASSET CAPITAL RECOVERY GROUP, et al.,<br><br>        Defendants. | Case No. 15-cv-01680-EMC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  November 5, 2015<br>Mediator:  Robert Hines |

IT IS HEREBY ORDERED that the request to excuse defendants Asset Capital Recovery Group, LLC's corporate representatives from appearing in person at the November 5, 2015, mediation before Robert Hines is GRANTED.  The excused representatives shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

Defendants' counsel's request to appear telephonically at the mediation is DENIED.

**IT IS SO ORDERED**.

Dated: October 23, 2015

_____
Maria-Elena James
United States Magistrate Judge