James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
STEVEN C. LOUIE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| STEVEN C. LOUIE,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET CAPITAL RECOVERY GROUP, LLC, a Limited Liability Company; LAW OFFICES OF KENOSIAN & MIELE, LLP, a Limited Liability Partnership; KENNETH JOHN MIELE, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 3:15-cv-01680-EMC<br><br>STIPULATION FOR ORDER DISMISSING CASE FOLLOWING SETTLEMENT |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, STEVEN C. LOUIE, through his attorney, James A. Michel, and Defendants, ASSET CAPITAL RECOVERY GROUP, LLC, LAW OFFICES OF KENOSIAN & MIELE, LLP, and KENNETH JOHN MIELE through their attorney, Sepehr Daghighian, stipulate, and the Court hereby orders, as follows:

    1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff against Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1);

2. Each party shall bear its own costs and attorney fees.

IT IS HEREBY SO STIPULATED.

DATED: November 29, 2015        /s/ Sepehr Daghighian
SEPEHR DAGHIGHIAN
Attorney for Defendants
ASSET CAPITAL RECOVERY GROUP, LLC, KENOSIAN & MIELE, LLP, and KENNETH JOHN MIELE

Signature Attestation pursuant to L.R. 5-1 (i)(3)

James Michel hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: December 1, 2015        /s/ James A. Michel
JAMES A. MICHEL
Attorney for Plaintiff
STEVEN C. LOUIE

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

DATED: December 7, 2015        _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Edward M. Chen